127 F.3d 1095
 Michael Lloyd
v.
Ronald Levine, Assistant U.S. Attorney, Harvey Bartle, III,
Judge, U.S. District Judge, John Hurley, Warden, FCI-Fort
Dix, Ricky Mcintosh, Unit Manager, FCi-Fort Dix, William
Langehenning, Acting Unit Manager, Senior Case Manager,
FCI-Fort Dix, Frank Gallagher, Special Agent Federal Bureau
of Investigation
 NO. 96-5739
 United States Court of Appeals,
Third Circuit.
 Aug 08, 1997
 
 Appeal From: D.N.J. ,No.96cv03496 ,
 Simandle, J.
 
 
 1
 Affirmed.